IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Adiana Leon, | NO. C 10-01360 JW |
| Plaintiff, <br> v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Lydian Mortgage and/or Virtual Bank, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on June 28, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, Defendants have duly submitted a Case Management Statement. (See Docket Item No. 17.) Plaintiff, who is acting in *pro se*, did not file any Statement.

Defendants have filed Motions to Dismiss and to Strike currently set for hearing on October 25, 2010. (See Docket Item Nos. 4, 5.) In light of Defendants' pending dispositive Motions, the Court finds that a Case Management Conference would be premature at this time. Accordingly, the Court VACATES the June 28 Case Management Conference. The Court will set a new Case Management Conference in its order addressing Defendants' Motions, if necessary.

Dated: June 24, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eric D. Houser scleere@houser-law.com
Lukasz Iwo Wozniak lwozniak@houser-law.com

Adriana Leon
7557 Monterey Street
Gilroy, CA 95020

**Dated:  June 24, 2010**                                              **Richard W. Wieking, Clerk**

                                                                       **By:       /s/ JW Chambers              **
                                                                       **          Elizabeth Garcia**
                                                                       **          Courtroom Deputy**