**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Adriana Leon, | NO. C 10-01360 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Lydian Mortgage, et al., | |
| Defendants. | |

Pursuant to the Court's October 21, 2010 Order Granting Defendants' Motion to Dismiss; Remanding Case to State Court, judgment is entered in favor of Defendants Lydian Mortgage, Virtual Bank, Mortgage Electronic Registration Systems and Aztec Foreclosure Corporation as to the following federal claims: (1) Violations of the Real Estate Settlement Procedures Act and (2) Violation of the Federal Fair Debt Collections Practices Act.

The Court declines supplemental jurisdiction over Plaintiff's remaining state law claims. Accordingly, the Court dismisses all remaining state law claims without prejudice to Plaintiff to refile in state court.

The Clerk shall close this file.

Dated: October 21, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eric D. Houser scleere@houser-law.com
Lukasz Iwo Wozniak lwozniak@houser-law.com
Tonissa May Chaney tchaney@houser-law.com

Adriana Leon
7557 Monterey Street
Gilroy, CA 95020

**Dated:  October 21, 2010**                                              **Richard W. Wieking, Clerk**

                                                       **By:      /s/ JW Chambers**
                                                             **Elizabeth Garcia**
                                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California